UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILAX TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>-v-<br><br>APOLLO CONSULTING SERVICES CORPORATION,<br><br>Defendant. | Case No. 08-CV-03400<br><br>**Rule 7.1 Statement** |

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LILAX TECHNOLOGIES INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**Date:** MARCH 31, 2008

**Signature of Attorney** _Daniel V Gielchinsky_

**Attorney Bar Code:** DG 5885

Form Rule7_1.pdf   SDNY Web 10/2007