INDEX NO: 08-CV-03400
FILED ON: April 16, 2008

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: HERTEN, BURSTEIN, SHERIDAN, CEVASCO,   PH: 201-342-6000
Address: 21 MAIN STREET, COURT PLAZA SO. HACKENSACK NJ 07601-7095   File No.:

LILAX TECHNOLOGIES INC.

Plaintiff(s)

vs

APOLLO CONSULTING SERVICES CORPORATION

Defendant(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

___Steven Avery___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___May 13, 2008___, at ___10:30AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed ___Summons and First Amended Complaint___, on

___APOLLO CONSULTING SERVICES CORPORATION___,

Defendant in this action, by delivering to and leaving with ___DONNA CHRISTIE___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, $40.00. Service was made pursuant to Section ___306 Business Corporation Law___.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by  ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____

☐ Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served:  Approx. Age: __35__   Approx. weight: __140__   Approx. Ht.: __5'5"__
Sex: __FEMALE__   Color of skin: __WHITE__   Color of hair: __BLONDE__   Other: _____
Sworn to before me on ___May 13, 2008___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Steven Avery
Server's Lic #
Invoice/Work Order # 08012101

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM