10982-0001/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LILAX TECHNOLOGIES INC.,

                              Plaintiff,                  **NOTICE OF APPEARANCE**

   -against-                                                08 CV 3400 (PKC)

APOLLO CONSULTING SERVICES CORPORATION,

                              Defendant
------------------------------------------------------------------------x

S I R (S):

      PLEASE TAKE NOTICE, that the defendant hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant.

DATED:      Poughkeepsie, New York
                 May 29, 2008

                                                 Yours, etc.

                                                 McCABE & MACK LLP

                                                 By: _____
                                                       David L. Posner (0310)
                                                 *Attorneys for Defendant*
                                                 63 Washington Street
                                                 P.O. Box 509
                                                 Poughkeepsie, NY  12602-0509
                                                 Tel:  (845) 486-6800

TO:     DANIEL Y. GIELCHINSKY, ESQ.
           HERTEN, BURSTEIN, SHERIDAN, CEVASCO,
           BOTTINELLI, LITT & HARZ, LLC
           *Attorneys for Plaintiff*
           747 Third Avenue, 37th Floor
           New York, NY 10017