# HERTEN, BURSTEIN, SHERIDAN, CEVASCO, BOTTINELLI, LITT & HARDSLEY

THOMAS J. HERTEN ▲
ALBERT BURSTEIN
PHILIP F. SHERIDAN, JR.
ANDREW J. CEVASCO
TERRY PAUL BOTTINELLI ○
ARNOLD D. LITT ▲ ● χ
STEVEN B. HARZ ▲
PATRICK PAPALIA ● ▲
RICHARD JON CONTANT ▲

SUSAN M. MARRA ▲
THOMAS S. McGUIRE
ANDREW T. FEDE
GIANFRANCO A. PIETRAFESA ▲
SCOTT D. JACOBSON
MICHAEL I. LUBIN ▲ ○
NILUFER O. DeSCHERER ▲ ι
DANIEL Y. GIELCHINSKY ▲

JASON T. SHAFRON ▲ † □
DAVID S. STEINBERG ▲
WILLIAM H. SCHMIDT, JR. ●
DIANE L. MULLIGAN ▲ †
LEONARD J.C. HARDESTY, JR. ▲
LOUIS C. TOMASELLA ▲
CYNTHIA BROOKS

COUNSEL TO THE FIRM

LISAANNE R. BICOCCHI ▲
CRAIG P. BOSSONG †
CAROLYN B. HAND ▲
TANJA J. FAGAN ▲
 THOMPSON ▲
DANIEL C. RITSON ▲
KELLY K. DUFF RUGGIERO ▲
PATRICK L. ASCOLESE
MICHAEL R. OLSZAK

GERALD C. ESCALA, JSC (RET.) ▲
SPECIAL COUNSEL TO THE FIRM

FRANCIS B. RUSCH
(1956-1995)

COUNSELLORS AT LAW

21 MAIN STREET, SUITE 353
COURT PLAZA SOUTH - WEST WING
HACKENSACK, NEW JERSEY

(201) 342-6000
TELECOPIER
(201) 342-6611

dgielchinsky@hertenburstein.com

WRITER'S EXT.: 203

May 28, 2008

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 5/29/08]

[Handwritten endorsement: Initial conference adjourned from May 30 to June 13, 2008 at 11:30 am. SO ORDERED. 5-29-08]

**MEMO ENDORSED**

**VIA FEDERAL EXPRESS**

[Received stamp: MAY 29 2008 CHAMBERS P. KEVIN CASTEL U.S.D.J.]

Honorable P. Kevin Castel, U.S.D.J.
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    **Re:  Lilax Technologies Inc. v. Apollo Consulting Services Corporation**
          **Civil Action No.: 08-CV-03400**
          **Our File No. 2007.71468**

Dear Judge Castel:

    We are counsel for the plaintiff in this matter. Your Honor has scheduled an Initial Pre-Trial Conference in accordance with Rule 16 of the Federal Rules of Civil Procedure to occur on May 30, 2008 at 12:30 p.m. However, since we were required by Your Honor's enclosed April 14, 2008 Order to amend the Complaint to cure certain jurisdictional deficiencies, the defendant was not served with plaintiff's First Amended Complaint until May 13, 2008, and its Answer is due on or about June 2, 2008. Although we mailed a copy of the Order scheduling the Initial Pre-Trial Conference to the defendant, I am yet to hear from the defendant or its counsel. Accordingly, I respectfully request that the Initial Pre-Trial Conference be adjourned until some time after June 2, 2008, so that we will know whether issue has joined as to the defendant, or whether we will pursue an entry of default.

□ Also Member of CA Bar
† Also Member of PA Bar
▲ Also Member of NY Bar
♦ Also Member of TX Bar
● Also Member of DC Bar

259170_1

747 THIRD AVENUE • 37TH FLOOR • NEW YORK, NY 10017 • (212) 363-1380

ι Also Member of FL Bar
χ Also Member of US Patent Bar
○ New Jersey Supreme Court
Certified Civil Trial Attorney

Honorable P. Kevin Castel, U.S.D.J.
May 28, 2008
Page 2 of 2

      With respect to the last sentence of Your Honor's April 14, 2008 Order, we have not shown cause why the matter ought not be assigned to the White Plains Division, since we have no objections to its reassignment to White Plains.

      Thank you for your consideration of this matter.

Respectfully submitted,

DANIEL Y. GIELCHINSKY

DYG/lmn
cc:    Apollo Consulting Services Corporation (via Federal Express)
       Lilax Technologies, Inc., Attention: Mr. Venkat Yalavarty (via regular mail)

259170_1