10982-0001/dmf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LILAX TECHNOLOGIES INC.,                      **RULE 7.1 STATEMENT**

                          Plaintiff,                      08 CV 3400 (PKC)

     -against-

APOLLO CONSULTING SERVICES CORPORATION,

                          Defendant.
------------------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Apollo Consulting Services Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: June 11, 2008                                      _____
                                                                Signature of Attorney
                                                                David L. Posner (0310)